**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6801

_____

KEATON D. SUTTON,

              Plaintiff - Appellant,

     v.

NORTHERN NECK REGIONAL JAIL, Entire Medical Staff; NORTHERN
NECK REGIONAL JAIL, Superintendent; NORTHERN NECK REGIONAL
JAIL, Medical Department,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Liam O'Grady, District
Judge. (1:14-cv-00504-LO-JFA)

_____

Submitted: August 28, 2014     Decided: September 3, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Keaton D. Sutton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keaton D. Sutton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012), for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Sutton v. N. Neck Reg'l Jail, No. 1:14-cv-00504-LO-JFA (E.D. Va. filed May 9, 2014; entered May 13, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED